# Exhibit A

# To Notice of Removal

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
20L76
Filed Date: 1/24/2020 5:20 PM
Envelope: 8221260
Clerk: JH

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| JASON M. ROGERS and KRISTEN ROGERS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. **20L76** |
| -vs- | ) | |
| | ) | |
| STEVEN M. HORNSEY, Individually and as an | ) | **JURY DEMANDED** |
| Agent and/or Employee of C.J. ENTERPRISES | ) | |
| DRIVEAWAY, INC.; C.J. ENTERPRISES | ) | |
| DRIVEAWAY, INC; U-HAUL COMPANY OF | ) | |
| ARIZONA, a subsidiary of U-HAUL | ) | |
| INTERNATIONAL, INC.; and U-HAUL | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COME Plaintiffs, JASON M. ROGERS and KRISTEN ROGERS, by and through

their attorneys, POWER ROGERS & SMITH, LLP, and hereby complaining of Defendants,

STEVEN M. HORNSEY, Individually and as an Agent and/or Employee of C.J. ENTERPRISES

DRIVEAWAY, INC., C.J. ENTERPRISES DRIVEAWAY, INC., U-HAUL COMPANY OF

ARIZONA, a subsidiary of U-HAUL INTERNATIONAL, INC., and U-HAUL

INTERNATIONAL, INC., pleading hypothetically and in the alternative, state as follows:

### COUNT I
### Negligence
### (J. Rogers v. Hornsey and C.J. Enterprises)

NOW COMES Plaintiff JASON M. ROGERS, by and through his attorneys, POWER

ROGERS & SMITH, LLP, and hereby complaining of Defendants STEVEN M. HORNSEY,

Individually and as an Agent and/or Employee of C.J. ENTERPRISES DRIVEAWAY, INC.,

Initial case management set for
05/13/2020          at: 9:00    a.m.

and C.J. ENTERPRISES DRIVEAWAY, INC., pleading hypothetically and in the alternative states as follows:

1.     On and prior to January 29, 2018, and at all times material, Bolingbrook Dr. was a public roadway running generally in a north and south direction at or near North Frontage Road in the Village of Bolingbrook, County of Will, State of Illinois.

2.     On and prior to January 29, 2018, and at all times material, North Frontage Road was a public roadway running generally in an east and west direction at or near Bolingbrook Dr. in the Village of Bolingbrook, County of Will, State of Illinois.

3.     On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. and North Frontage Road met in a perpendicular fashion in the Village of Bolingbrook, County of Will, State of Illinois (hereinafter after referred to as "intersection").

4.     On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. was a three-lane roadway at its intersection with North Frontage Road.

5.     On January 29, 2018, and at all times material, C.J. ENTERPRISES DRIVEAWAY, INC. ("C.J. ENTERPRISES") was a Wisconsin corporation doing regular and continuous business in the County of Will, State of Illinois.

6.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was an agent, apparent agent and/or employee of C.J. ENTERPRISES.

7.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the course of his agency and/or employment with C.J. ENTERPRISES.

8.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the scope of his agency and/or employment with C.J. ENTERPRISES.

2

9.   On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA owned a 2018 GMC Box truck with Arizona license plate number AH84138 and VIN 1GDY7RFG5J1901962.

10.   On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA was a subsidiary of U-HAUL INTERNATIONAL, INC.

11.   Upon information and belief, on or prior to January 29, 2018, and at all times material, U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA hired and/or contracted with C.J. ENTERPRISES to transport the aforesaid box truck from one location to another.

12.   On January 29, 2018, at approximately 4:43 p.m. and at all times material, STEVEN M. HORNSEY was driving the aforesaid box truck Southbound in the middle lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

13.   On January 29, 2018, at approximately 4:43 p.m. and at all times material, JASON M. ROGERS was driving a 2012 Ford F150 with Illinois license plate number 1147401B and VIN 1FMCU0DG5CKC78583 Southbound in the right lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

14.   On January 29, 2018, and at all times material, STEVEN M. HORNSEY stopped his vehicle in the center lane of Southbound Bolingbrook Dr. and attempted to make a right hand turn onto North Frontage Road from the center lane.

15.   At the time STEVEN M. HORNSEY attempted to make the referenced right hand turn, he abruptly cut across the lane of traffic in which JASON M. ROGERS was traveling Southbound on Bolingbrook Dr.

3

16.     As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS slowed his vehicle in an attempt to avoid a collision with the truck driven by STEVEN M. HORNSEY.

17.     As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS was unable to avoid a collision and struck the right rear of the truck driven by STEVEN M. HORNSEY.

18.     On January 29, 2018, and at all times material, Defendant STEVEN M. HORNSEY had a duty to exercise reasonable care toward the safety of the public, including JASON M. ROGERS.

19.     At the aforesaid time and place, STEVEN M. HORNSEY, Individually and/or as an agent and/or employee of C.J. ENTERPRISES DRIVEAWAY, INC., and C.J. ENTERPRISES DRIVEAWAY, INC., by and through its agent and/or employee STEVEN M. HORNSEY, were then and there negligent in one or more of the following respects:

a.     Operated his motor vehicle in such a manner as to endanger the safety of the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601; or

b.     Failed to give audible warning with the horn when such a warning was reasonably necessary to ensure safety, contrary to and in violation of 625 ILCS 5/12-601; or

c.     Failed to make a right hand turn as close as practical to the right-hand curb or edge of the roadway, contrary to and in violation of 625 ILCS 5/11-801; or

d.     Failed to use proper signals while stopping or turning, contrary to and in violation of 625 ILCS 5/11-801; or

e.     Changed lanes when it was unsafe to do so in violation of 625 ILCS 5/11-709; or

f.     Failed to keep a proper lookout; or

g.     Was otherwise negligent.

20.     As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of Defendants STEVEN HORNSEY and C.J. ENTERPRISES DRIVEAWAY, INC., Plaintiff JASON M. ROGERS sustained permanent and severe injuries, has endured and will in the future endure pain and suffering, has suffered a loss of the enjoyment of a normal life, has suffered a loss of wages, and has incurred and will in the future incur expenses for medical care.

WHEREFORE, Plaintiff JASON M. ROGERS hereby demands judgment against Defendants STEVEN M. HORNSEY, Individually and as an agent and/or employee of C.J. ENTERPRISES DRIVEAWAY, INC. and C.J. ENTERPRISES DRIVEAWAY, INC. in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and for such other relief as this court deems fair and just.

**COUNT II**
**Loss of Consortium - Negligence**
**(K. Rogers v. Hornsey and C.J. Enterprises)**

NOW COMES Plaintiff KRISTEN. ROGERS, by and through her attorneys, POWER ROGERS & SMITH, LLP, and hereby complaining of Defendants STEVEN M. HORNSEY, Individually and as an Agent and/or Employee of C.J. ENTERPRISES DRIVEAWAY, INC., and C.J. ENTERPRISES DRIVEAWAY, INC., pleading hypothetically and in the alternative states as follows:

1.     On and prior to January 29, 2018, and at all times material, Bolingbrook Dr. was a public roadway running generally in a north and south direction at or near North Frontage Road in the Village of Bolingbrook, County of Will, State of Illinois.

5

2. On and prior to January 29, 2018, and at all times material, North Frontage Road was a public roadway running generally in an east and west direction at or near Bolingbrook Dr. in the Village of Bolingbrook, County of Will, State of Illinois.

3. On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. and North Frontage Road met in a perpendicular fashion in the Village of Bolingbrook, County of Will, State of Illinois (hereinafter after referred to as "intersection").

4. On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. was a three-lane roadway at its intersection with North Frontage Road.

5. On January 29, 2018, and at all times material, C.J. ENTERPRISES DRIVEAWAY, INC. ("C.J. ENTERPRISES") was a Wisconsin corporation doing regular and continuous business in the County of Will, State of Illinois.

6. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was an agent, apparent agent and/or employee of C.J. ENTERPRISES.

7. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the course of his agency and/or employment with C.J. ENTERPRISES.

8. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the scope of his agency and/or employment with C.J. ENTERPRISES.

9. On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA owned a 2018 GMC Box truck with Arizona license plate number AH84138 and VIN 1GDY7RFG5J1901962.

10. On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA was a subsidiary of U-HAUL INTERNATIONAL, INC.

11.     Upon information and belief, on or prior to January 29, 2018, and at all times material, U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA hired and/or contracted with C.J. ENTERPRISES to transport the aforesaid box truck from one location to another.

12.     On January 29, 2018, at approximately 4:43 p.m. and at all times material, STEVEN M. HORNSEY was driving the aforesaid box truck Southbound in the middle lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

13.     On January 29, 2018, at approximately 4:43 p.m. and at all times material, JASON M. ROGERS was driving a 2012 Ford F150 with Illinois license plate number 1147401B and VIN 1FMCU0DG5CKC78583 Southbound in the right lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

14.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY stopped his vehicle in the center lane of Southbound Bolingbrook Dr. and attempted to make a right hand turn onto North Frontage Road from the center lane.

15.     At the time STEVEN M. HORNSEY attempted to make the referenced right hand turn, he abruptly cut across the lane of traffic in which JASON M. ROGERS was traveling Southbound on Bolingbrook Dr.

16.     As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS slowed his vehicle in an attempt to avoid a collision with the truck driven by STEVEN M. HORNSEY.

17.     As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS was unable to avoid a collision and struck the right rear of the truck driven by STEVEN M. HORNSEY.

7

18.    On January 29, 2018, and at all times material, Defendant STEVEN M.

HORNSEY had a duty to exercise reasonable care toward the safety of the public, including

JASON M. ROGERS.

19.    At the aforesaid time and place, STEVEN M. HORNSEY, Individually and/or as

an agent and/or employee of C.J. ENTERPRISES DRIVEAWAY, INC., and C.J.

ENTERPRISES DRIVEAWAY, INC., by and through its agent and/or employee STEVEN M.

HORNSEY, were then and there negligent in one or more of the following respects:

a.    Operated his motor vehicle in such a manner as to endanger the safety of
the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601; or

b.    Failed to give audible warning with the horn when such a warning was
reasonably necessary to ensure safety, contrary to and in violation of 625
ILCS 5/12-601; or

c.    Failed to make a right hand turn as close as practical to the right-hand curb
or edge of the roadway, contrary to and in violation of 625 ILCS 5/11-801;
or

d.    Failed to use proper signals while stopping or turning, contrary to and in
violation of 625 ILCS 5/11-801; or

e.    Changed lanes when it was unsafe to do so in violation of 625 ILCS 5/11-
709; or

f.    Failed to keep a proper lookout; or

g.    Was otherwise negligent.

20.    As a direct and proximate result of one or more of the aforementioned negligent

acts and/or omissions of Defendants STEVEN HORNSEY and C.J. ENTERPRISES

DRIVEAWAY, INC., Plaintiff JASON M. ROGERS sustained permanent and severe injuries,

has endured and will in the future endure pain and suffering, has suffered a loss of the enjoyment

of a normal life, has suffered a loss of wages, and has incurred and will in the future incur

expenses for medical care.

21.　　On and prior to January 29, 2018, and at all times material, Plaintiff KRISTEN ROGERS was the lawfully wedded spouse of JASON M. ROGERS.

22.　　As a further direct and proximate result of one or more of the foregoing negligent acts and/or omissions of Defendants STEVEN M. HORNSEY and C.J. ENTERPRISES DRIVEAWAY, INC. Plaintiff KRISTEN ROGERS has lost the support, society, services, companionship and intimacy of her husband, JASON M. ROGERS.

WHEREFORE, Plaintiff KRISTEN. ROGERS hereby demands judgment against Defendants STEVEN M. HORNSEY, Individually and as an agent and/or employee of C.J. ENTERPRISES DRIVEAWAY, INC. and C.J. ENTERPRISES DRIVEAWAY, INC. in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and for such other relief as this court deems fair and just.

### COUNT III
### Negligence
### (J. Rogers v. U-Haul Co. of Arizona and U-Haul Intl.)

NOW COMES Plaintiff JASON M. ROGERS, by and through his attorneys, POWER ROGERS & SMITH, LLP, and hereby complaining of Defendants U-HAUL COMPANY OF ARIZONA and U-HAUL INTERNATIONAL, INC., pleading hypothetically and in the alternative states as follows:

1.　　On and prior to January 29, 2018, and at all times material, Bolingbrook Dr. was a public roadway running generally in a north and south direction at or near North Frontage Road in the Village of Bolingbrook, County of Will, State of Illinois.

2.　　On and prior to January 29, 2018, and at all times material, North Frontage Road was a public roadway running generally in an east and west direction at or near Bolingbrook Dr. in the Village of Bolingbrook, County of Will, State of Illinois.

3. On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. and North Frontage Road met in a perpendicular fashion in the Village of Bolingbrook, County of Will, State of Illinois (hereinafter after referred to as "intersection").

4. On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. was a three-lane roadway at its intersection with North Frontage Road.

5. On January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA was an Arizona corporation doing regular and continuous business in the County of Will, State of Illinois.

6. On January 29, 2018, and at all times material, U-HAUL INTERNATIONAL, INC. was a Nevada corporation doing regular and continuous business in the County of Will, State of Illinois.

10. On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA was a subsidiary of U-HAUL INTERNATIONAL, INC.

9. On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA owned a 2018 GMC Box truck with Arizona license plate number AH84138 and VIN 1GDY7RFG5J1901962.

11. Upon information and belief, on or prior to January 29, 2018, and at all times material, U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA hired and/or contracted with C.J. ENTERPRISES to transport the aforesaid box truck from one location to another.

6. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was an agent, apparent agent and/or employee of C.J. ENTERPRISES.

10

7. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the course of his agency and/or employment with C.J. ENTERPRISES.

8. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the scope of his agency and/or employment with C.J. ENTERPRISES.

X. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was a permissive user of the aforementioned box truck.

6. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was an agent and/or apparent agent of U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA.

7. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the course of his agency and/or apparent agency with U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA.

8. On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the scope of his agency and/or apparent agency with U-HAUL INTERNTIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA.

12. On January 29, 2018, at approximately 4:43 p.m. and at all times material, STEVEN M. HORNSEY was driving the aforesaid box truck Southbound in the middle lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

13. On January 29, 2018, at approximately 4:43 p.m. and at all times material, JASON M. ROGERS was driving a 2012 Ford F150 with Illinois license plate number 1147401B and VIN 1FMCU0DG5CKC78583 Southbound in the right lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

11

14. On January 29, 2018, and at all times material, STEVEN M. HORNSEY stopped his vehicle in the center lane of Southbound Bolingbrook Dr. and attempted to make a right hand turn onto North Frontage Road from the center lane.

15. At the time STEVEN M. HORNSEY attempted to make the referenced right hand turn, he abruptly cut across the lane of traffic in which JASON M. ROGERS was traveling Southbound on Bolingbrook Dr.

16. As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS slowed his vehicle in an attempt to avoid a collision with the truck driven by STEVEN M. HORNSEY.

17. As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS was unable to avoid a collision and struck the right rear of the truck driven by STEVEN M. HORNSEY.

18. On January 29, 2018, and at all times material, Defendant STEVEN M. HORNSEY had a duty to exercise reasonable care toward the safety of the public, including JASON M. ROGERS.

19. At the aforesaid time and place, U-HAUL INTERNATIONAL, INC. and U-HAUL COMPANY OF ARIZONA, by and through its agents and/or apparent agents, including STEVEN M. HORNSEY, were then and there negligent in one or more of the following respects:

    a. Operated his motor vehicle in such a manner as to endanger the safety of the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601; or

    b. Failed to give audible warning with the horn when such a warning was reasonably necessary to ensure safety, contrary to and in violation of 625 ILCS 5/12-601; or

c.   Failed to make a right hand turn as close as practical to the right-hand curb or edge of the roadway, contrary to and in violation of 625 ILCS 5/11-801; or

d.   Failed to use proper signals while stopping or turning, contrary to and in violation of 625 ILCS 5/11-801; or

e.   Changed lanes when it was unsafe to do so in violation of 625 ILCS 5/11-709; or

f.   Failed to keep a proper lookout; or

g.   Was otherwise negligent.

20.   As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of Defendants U-HAUL INTERNATIONAL, INC. and U-HAUL COMPANY OF ARIZONA, by and through their agents and/or apparent agents, including STEVEN M. HORNSEY, Plaintiff JASON M. ROGERS sustained permanent and severe injuries, has endured and will in the future endure pain and suffering, has suffered a loss of the enjoyment of a normal life, has suffered a loss of wages, and has incurred and will in the future incur expenses for medical care.

WHEREFORE, Plaintiff JASON M. ROGERS hereby demands judgment against Defendants U-HAUL INTERNATIONAL, INC. and U-HAUL COMPANY OF ARIZONA in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and for such other relief as this court deems fair and just.

## COUNT IV
### Loss of Consortium - Negligence
### (K. Rogers v. U-Haul Co. of Arizona and U-Haul Intl.)

NOW COMES Plaintiff KRISTEN ROGERS, by and through her attorneys, POWER ROGERS & SMITH, LLP, and hereby complaining of Defendants U-HAUL COMPANY OF

13

ARIZONA and U-HAUL INTERNATIONAL, INC., pleading hypothetically and in the alternative states as follows:

1.    On and prior to January 29, 2018, and at all times material, Bolingbrook Dr. was a public roadway running generally in a north and south direction at or near North Frontage Road in the Village of Bolingbrook, County of Will, State of Illinois.

2.    On and prior to January 29, 2018, and at all times material, North Frontage Road was a public roadway running generally in an east and west direction at or near Bolingbrook Dr. in the Village of Bolingbrook, County of Will, State of Illinois.

3.    On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. and North Frontage Road met in a perpendicular fashion in the Village of Bolingbrook, County of Will, State of Illinois (hereinafter after referred to as "intersection").

4.    On and prior to January 29, 2018, and at all times material, Southbound Bolingbrook Dr. was a three-lane roadway at its intersection with North Frontage Road.

5.    On January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA was an Arizona corporation doing regular and continuous business in the County of Will, State of Illinois.

6.    On January 29, 2018, and at all times material, U-HAUL INTERNATIONAL, INC. was a Nevada corporation doing regular and continuous business in the County of Will, State of Illinois.

10.    On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA was a subsidiary of U-HAUL INTERNATIONAL, INC.

14

9.     On and prior to January 29, 2018, and at all times material, U-HAUL COMPANY OF ARIZONA owned a 2018 GMC Box truck with Arizona license plate number AH84138 and VIN 1GDY7RFG5J1901962.

11.     Upon information and belief, on or prior to January 29, 2018, and at all times material, U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA hired and/or contracted with C.J. ENTERPRISES to transport the aforesaid box truck from one location to another.

6.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was an agent, apparent agent and/or employee of C.J. ENTERPRISES.

7.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the course of his agency and/or employment with C.J. ENTERPRISES.

8.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the scope of his agency and/or employment with C.J. ENTERPRISES.

X.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was a permissive user of the aforementioned box truck.

6.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was an agent and/or apparent agent of U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA.

7.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the course of his agency and/or apparent agency with U-HAUL INTERNATIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA.

15

8.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY was acting within the scope of his agency and/or apparent agency with U-HAUL INTERNTIONAL, INC. and/or U-HAUL COMPANY OF ARIZONA.

12.     On January 29, 2018, at approximately 4:43 p.m. and at all times material, STEVEN M. HORNSEY was driving the aforesaid box truck Southbound in the middle lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

13.     On January 29, 2018, at approximately 4:43 p.m. and at all times material, JASON M. ROGERS was driving a 2012 Ford F150 with Illinois license plate number 1147401B and VIN 1FMCU0DG5CKC78583 Southbound in the right lane of Bolingbrook Dr. approaching the intersection with North Frontage Road.

14.     On January 29, 2018, and at all times material, STEVEN M. HORNSEY stopped his vehicle in the center lane of Southbound Bolingbrook Dr. and attempted to make a right hand turn onto North Frontage Road from the center lane.

15.     At the time STEVEN M. HORNSEY attempted to make the referenced right hand turn, he abruptly cut across the lane of traffic in which JASON M. ROGERS was traveling Southbound on Bolingbrook Dr.

16.     As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS slowed his vehicle in an attempt to avoid a collision with the truck driven by STEVEN M. HORNSEY.

17.     As a result of Defendant STEVEN M. HORNSEY suddenly and unexpectedly crossing Plaintiff's lane of traffic, Plaintiff JASON M. ROGERS was unable to avoid a collision and struck the right rear of the truck driven by STEVEN M. HORNSEY.

16

18.     On January 29, 2018, and at all times material, Defendant STEVEN M.

HORNSEY had a duty to exercise reasonable care toward the safety of the public, including

JASON M. ROGERS.

19.     At the aforesaid time and place, U-HAUL INTERNATIONAL, INC. and U-

HAUL COMPANY OF ARIZONA, by and through its agents and/or apparent agents, including

STEVEN M. HORNSEY, were then and there negligent in one or more of the following

respects:

a.     Operated his motor vehicle in such a manner as to endanger the safety of
the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601; or

b.     Failed to give audible warning with the horn when such a warning was
reasonably necessary to ensure safety, contrary to and in violation of 625
ILCS 5/12-601; or

c.     Failed to make a right hand turn as close as practical to the right-hand curb
or edge of the roadway, contrary to and in violation of 625 ILCS 5/11-801;
or

d.     Failed to use proper signals while stopping or turning, contrary to and in
violation of 625 ILCS 5/11-801; or

e.     Changed lanes when it was unsafe to do so in violation of 625 ILCS 5/11-
709; or

f.     Failed to keep a proper lookout; or

g.     Was otherwise negligent.

20.     As a direct and proximate result of one or more of the aforementioned negligent

acts and/or omissions of Defendants U-HAUL INTERNATIONAL, INC. and U-HAUL

COMPANY OF ARIZONA, by and through their agents and/or apparent agents, including

STEVEN M. HORNSEY, Plaintiff JASON M. ROGERS sustained permanent and severe

injuries, has endured and will in the future endure pain and suffering, has suffered a loss of the

17

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| JASON M. ROGERS and KRISTEN ROGERS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. |
| | ) | |
| STEVEN M. HORNSEY, Individually and as an | ) | JURY DEMANDED |
| Agent and/or Employee of C.J. ENTERPRISES | ) | |
| DRIVEAWAY, INC.; C.J. ENTERPRISES | ) | |
| DRIVEAWAY, INC; U-HAUL COMPANY OF | ) | |
| ARIZONA, a subsidiary of U-HAUL | ) | |
| INTERNATIONAL, INC.; and U-HAUL | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

The Affiant, Thomas M. Power, being first duly sworn on oath, deposes and states:

1.    I am the attorney for the plaintiffs in the above cause of action.

2.    The money damages sought in this cause of action exceed $50,000.00

FURTHER AFFIANT SAYETH NOT.

_Thomas M. Power_

THOMAS M. POWER

Subscribed and sworn to before me this
24th day of January , 2020.

_Laureen Ann Ruggiero_
NOTARY PUBLIC

OFFICIAL SEAL
LAUREEN ANN RUGGIERO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06 ' 7 '

Thomas M. Power, Esq. (ARDC No. 06189605)
POWER ROGERS & SMITH, LLP
70 West Madison Street | Suite 5500
Chicago, Illinois 60602
(312) 236-9381
tpower@prslaw.com; slaw@prslaw.com

Exhibit B

To Notice of Removal

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

JASON M. ROGERS and KRISTEN ROGERS

**Plaintiff**

vs

STEVEN M. HORNSEY; C.J. ENTERPRISES DRIVEAWAY, INC.;

U-HAUL COMPANY OF ARIZONA; U-HAUL INTERNATIONAL, INC.

**Defendant**

CASE NO. 20 L 76

*(handwritten service notations: SERVED 3-6-20, BY T. Borgvardt TIME 1730, #13785, COPY LEFT WITH John M. Langer, CITY ___ TWSP Fulton)*

## ALIAS SUMMONS

**To each defendant:** C.J. Enterprises Driveaway, Inc. c/o John M. Langer, Registered Agent

7111 E Cty M   Edgerton, Wisconsin 53534

You are hereby summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Please contact the Will County Circuit Clerk's Office, 14 W. Jefferson Street, Room 212, Joliet, IL 60432 by telephone (815)727-8592 or visit our website www.circuitclerkofwillcounty.com for more information.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date

WITNESS      2/19/2020

*Andrea Lynn Chasteen* (signature)

**ANDREA LYNN CHASTEEN**
(Clerk of the Circuit Court)

Attorney or Party, if not represented by an attorney
Name  Thomas M. Power
ARDC #  06189605
Firm Name  Power Rogers, LLP
Attorney for  Plaintiffs
Address  70 W. Madison Street | Suite 5500
City & Zip  Chicago, Illinois 60602
Telephone  (312) 236-9381

_____, 20____
(To be inserted by officer on the copy left with the defendant or other person)

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

**19C** (page 1 of 2) Revised (08/18)

Exhibit C

To Notice of Removal

State of WI Fax SVr   2/27/2020  1:23:03 PM  PAGE   39/023  Fax Server

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

JASON M. ROGERS and KRISTEN ROGERS

|  |  |
|---|---|
| **Plaintiff** | CASE NO. 20 L 76 |
| **vs** | SERVED  02-26  20 20 |
| STEVEN M. HORNSEY; C.J. ENTERPRISES DRIVEAWAY, INC.; | BY  GBau  18361  TIME  1:30 pm |
|  | DEPUTY SHERIFF - ROCK COUNTY |
| U-HAUL COMPANY OF ARIZONA; U-HAUL INTERNATIONAL, INC. | COPY LEFT WITH  Steven Hornsey |
| **Defendant** | CITY  JVL  TWSP  58 |
| **ALIAS SUMMONS** |  |

To each defendant: Steven M. Hornsey
956 Benton Avenue   Janesville, Wisconsin  53545-2933

You are hereby summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or othwerise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service.

## IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Please contact the Will County Circuit Clerk's Office, 14 W. Jefferson Street, Room 212, Joliet, IL 60432 by telephone (815)727-8592 or visit our website www.circuitclerkofwillcounty.com for more information.

To the Officer:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date

WITNESS                                        2/19/2020

*Andrea Lynn Chasteen*

**ANDREA LYNN CHASTEEN**
(Clerk of the Circuit Court)

Attorney or Party, if not represented by an attorney

Name  Thomas M. Power
ARDC #  06189605
Firm Name  Power Rogers, LLP
Attorney for  Plaintiffs
Address  70 W. Madison Street | Suite 5500
City & Zip  Chicago, Illinois  60602
Telephone  (312) 236-9381

_____, 20____
(To be inserted by officer on the copy left with the defendant or other person)

## ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

19C (page 1 of 2) Revised (08/18)

# Exhibit D

# To Notice of Removal

 CT Corporation

**Service of Process Transmittal**
03/12/2020
CT Log Number 537377483

TO: Dave McGee, Operations Manager
U-HAUL INTERNATIONAL, INC.
2721 N CENTRAL AVE
PHOENIX, AZ 85004-1127

RE: **Process Served in Arizona**

FOR: U-Haul Co. of Arizona (Domestic State: AZ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JASON M. ROGERS and KRISTEN ROGERS, Pltfs. vs. STEVEN M. HORNSEY, etc., et al., Dfts. // To: U-HAUL COMPANY OF ARIZONA<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Complaint, Affidavit |
| **COURT/AGENCY:** | WILL COUNTY CIRCUIT COURT, IL<br>Case # 20L76 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 01/29/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/12/2020 at 12:13 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this Summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Thomas M. Power<br>Power Rogers, LLP<br>70 W. Madison Street | Suite 5500<br>Chicago, IL 60602<br>(312) 236-9381 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/12/2020, Expected Purge Date: 03/22/2020<br><br>Image SOP<br><br>Email Notification, Meg Grove meg_grove@uhaul.com<br><br>Email Notification, Marsha Evans marsha_evans@uhaul.com<br><br>Email Notification, Dave McGee Dave_Mcgee@uhaul.com<br><br>Email Notification, MALINDA SUTTER malinda_sutter@uhaul.com<br><br>Email Notification, Valerie Penuelas Valerie_penuelas@uhaul.com |

Page 1 of 2 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
03/12/2020
CT Log Number 537377483

**TO:** Dave McGee, Operations Manager
U-HAUL INTERNATIONAL, INC.
2721 N CENTRAL AVE
PHOENIX, AZ 85004-1127

**RE:** **Process Served in Arizona**

**FOR:** U-Haul Co. of Arizona  (Domestic State: AZ)

Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com

**SIGNED:** C T Corporation System
**ADDRESS:** 1999 Bryan St Ste 900
Dallas, TX 75201-3140

**For Questions:** 877-564-7529
MajorAccountTeam2@wolterskluwer.com

Page 2 of  2 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

3-12-20
130
1155 IM

JASON M. ROGERS and KRISTEN ROGERS

**Plaintiff**

**vs**

CASE NO. 20 L 76

STEVEN M. HORNSEY; C.J. ENTERPRISES DRIVEAWAY, INC.;

U-HAUL COMPANY OF ARIZONA; U-HAUL INTERNATIONAL, INC.

**Defendant**

## ALIAS SUMMONS

**To each defendant:** U-Haul Co. of Arizona c/o C T Corporation System, Reg. Agt.

3800 N. Central Ave. Suite 460  Phoenix, Arizona  85012

You are hereby summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or othwerise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Please contact the Will County Circuit Clerk's Office, 14 W. Jefferson Street, Room 212, Joliet, IL 60432 by telephone (815)727-8592 or visit our website www.circuitclerkofwillcounty.com for more information.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date

WITNESS

2/19/2020

*Andrea Lynn Chasteen*

**ANDREA LYNN CHASTEEN**
(Clerk of the Circuit Court)

Attorney or Party, if not represented by an attorney

Name  Thomas M. Power

ARDC #  06189605

Firm Name  Power Rogers, LLP

Attorney for  Plaintiffs

Address  70 W. Madison Street | Suite 5500

City & Zip  Chicago, Illinois  60602

Telephone  (312) 236-9381

_____, 20____
(To be inserted by officer on the copy
left with the defendant or other person)

## ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

**19C** (page 1 of 2) Revised (08/18)

## NOTICE TO DEFENDANTS

If the Plaintiff or Plaintiff's Attorney fails to appear on the date set for Plaintiff's appearance stated above, the case may be dismissed for want of prosecution.

At the time and place shown above, you must appear either in person or by an attorney. If you are a business, you must appear in person and by an attorney.

You must file a written appearance, and, if necessary, a fee waiver with the court.

If you do not appear as required, the allegations of the complaint will be taken as confessed and a judgment may be entered against you for an amount not to exceed the amount claimed by the plaintiff to be due. The plaintiff may be awarded their costs of the law suit and any attorney fees, if applicable.

This case will not be tried on the date you are to appear. To avoid a default judgment, you must appear on the date and at the time shown on this summons. You or your representative will then be told the date your case will be heard.

If you wish to contest the claim, you must appear at the time and place shown on this summons. A trial date may be set by the Court. You would need to be prepared to bring any witnesses, books or other documentation you may require to establish your defense. You cannot bring in cell phones or any other electronic devises unless ordered by a judge.

Judgment payments should be made to the plaintiff or plaintiff's attorney. A Satisfaction of Judgment should be filed by the plaintiff or the plaintiff's attorney to satisfy the case. If a Satisfaction of Judgment is not filed then you may motion the case in front of the judge to present proof of payment.

Rule 283. Form of Summons
Summons in small claims shall require each defendant to appear on a day specified in the summons not less than 14 or more than 40 days after issuance of the summons (see Rule 181(b)) and shall be in the form provided for in Rule 101(b) in actions for money not in excess of $50,000.

Rule 101 (b) Summons Requiring Appearance on Specified Day
(1) In an action for money not in excess of $50,000, exclusive of interest and costs, or in any action subject to mandatory arbitration where local rule prescribes a specific date for appearance, the summons shall require each defendant to appear on a day specified in the summons not less than 21 or more than 40 days after the issuance of the summons (see Rule 181(b)), and shall be prepared by utilizing, or substantially adopting the appearance and content of, the form provided in the Article II Forms Appendix.

(2) In any action for forcible detainer or for recovery of possession of tangible personal property, the summons shall be in the same form, but shall require each defendant to appear on a day specified in the summons not less than 7 or more than 40 days after the issuance of summons.

(3) If service is to be made under section 2-208 of the Code of Civil Procedure the return day shall be not less than 40 days or more than 60 days after the issuance of summons, and no default shall be taken until the expiration of 30 days after service.

2-208 – Service to parties outside Illinois
(735 ILCS 5/2-208) (from Ch. 110, par. 2-208)
Sec. 2-208. Personal service outside State. (a) Personal service of summons may be made upon any party outside the State. If upon a citizen or resident of this State or upon a person who has submitted to the jurisdiction of the courts of this State, it shall have the force and effect of personal service of summons within this State; otherwise it shall have the force and effect of service by publication.
(b) The service of summons shall be made in like manner as service within this State, by any person over 18 years of age not a party to the action. No order of court is required. An affidavit of the server shall be filed stating the time, manner and place of service. The court may consider the affidavit, or any other competent proofs, in determining whether service has been properly made.
(c) No default shall be entered until the expiration of at least 30 days after service. A default judgment entered on such service may be set aside only on a showing which would be timely and sufficient to set aside a default judgment entered on personal service within this State.
(Source: P.A. 82-280.)

### ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

# Exhibit E

# To Notice of Removal

 CT Corporation

**Service of Process Transmittal**
02/25/2020
CT Log Number 537264439

TO: Dave McGee, Operations Manager
U-HAUL INTERNATIONAL, INC.
2721 N CENTRAL AVE
PHOENIX, AZ 85004-1127

**RE:** **Process Served in Nevada**

**FOR:** U-Haul International, Inc. (Domestic State: NV)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JASON M. ROGERS and KRISTEN ROGERS, Pltfs. vs. STEVEN M. HORNSEY, etc., et al., Dfts. // To: U-Haul international, Inc. |
| **DOCUMENT(S) SERVED:** | Alias Summons, Notice, Complaint, Affidavit |
| **COURT/AGENCY:** | Will County 12th Judicial Circuit Court, IL<br>Case # 20L76 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 01/29/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/25/2020 at 08:33 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of his Summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Thomas M. Power<br>Power Rogers & Smith, LLP<br>70 W. Madison Street<br>Suite 5500<br>Chicago, VA 60602<br>(312) 236-9381 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/25/2020, Expected Purge Date: 03/06/2020<br><br>Image SOP<br><br>Email Notification, Meg Grove  meg_grove@uhaul.com<br><br>Email Notification, Marsha Evans  marsha_evans@uhaul.com<br><br>Email Notification, Dave McGee  Dave_Mcgee@uhaul.com<br><br>Email Notification, MALINDA SUTTER  malinda_sutter@uhaul.com<br><br>Email Notification, Valerie Penuelas  Valerie_penuelas@uhaul.com<br><br>Email Notification, Lance Arnott  SOPVerification@wolterskluwer.com |
| **SIGNED:** | C T Corporation System |

Page 1 of  2 / AN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
02/25/2020
CT Log Number 537264439

**TO:** Dave McGee, Operations Manager
U-HAUL INTERNATIONAL, INC.
2721 N CENTRAL AVE
PHOENIX, AZ 85004-1127

**RE:** **Process Served in Nevada**

**FOR:** U-Haul International, Inc. (Domestic State: NV)

**ADDRESS:** 1999 Bryan St Ste 900
Dallas, TX 75201-3140

**For Questions:** 877-564-7529
MajorAccountTeam2@wolterskluwer.com

Page 2 of 2 / AN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

JASON M. ROGERS and KRISTEN ROGERS

**Plaintiff**                                    CASE NO. 20 L 76
vs

STEVEN M. HORNSEY; C.J. ENTERPRISES DRIVEAWAY, INC.;

U-HAUL COMPANY OF ARIZONA; U-HAUL INTERNATIONAL, INC.
**Defendant**

## ALIAS SUMMONS

**To each defendant:** U-Haul International, Inc. c/o C T Corporation System, Reg. Agt.

701 S. Carson St., Suite 200, Carson City, Nevada 89701

You are hereby summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Please contact the Will County Circuit Clerk's Office, 14 W. Jefferson Street, Room 212, Joliet, IL 60432 by telephone (815)727-8592 or visit our website www.circuitclerkofwillcounty.com for more information.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date

2/19/2020

WITNESS

*Andrea Lynn Chasteen*

**ANDREA LYNN CHASTEEN**
(Clerk of the Circuit Court)

Attorney or Party, if not represented by an attorney
Name  Thomas M. Power
ARDC #  06189605
Firm Name  Power Rogers, LLP
Attorney for  Plaintiffs
Address  70 W. Madison Street | Suite 5500
City & Zip  Chicago, Illinois 60602
Telephone  (312) 236-9381

_____, 20____
(To be inserted by officer on the copy
left with the defendant or other person)

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

19C (page 1 of 2) Revised (08/18)

## NOTICE TO DEFENDANTS

If the Plaintiff or Plaintiff's Attorney fails to appear on the date set for Plaintiff's appearance stated above, the case may be dismissed for want of prosecution.

At the time and place shown above, you must appear either in person or by an attorney. If you are a business, you must appear in person and by an attorney.

You must file a written appearance, and, if necessary, a fee waiver with the court.

If you do not appear as required, the allegations of the complaint will be taken as confessed and a judgment may be entered against you for an amount not to exceed the amount claimed by the plaintiff to be due. The plaintiff may be awarded their costs of the law suit and any attorney fees, if applicable.

This case will not be tried on the date you are to appear. To avoid a default judgment, you must appear on the date and at the time shown on this summons. You or your representative will then be told the date your case will be heard.

If you wish to contest the claim, you must appear at the time and place shown on this summons. A trial date may be set by the Court. You would need to be prepared to bring any witnesses, books or other documentation you may require to establish your defense. You cannot bring in cell phones or any other electronic devises unless ordered by a judge.

Judgment payments should be made to the plaintiff or plaintiff's attorney. A Satisfaction of Judgment should be filed by the plaintiff or the plaintiff's attorney to satisfy the case. If a Satisfaction of Judgment is not filed then you may motion the case in front of the judge to present proof of payment.

**Rule 283. Form of Summons**
Summons in small claims shall require each defendant to appear on a day specified in the summons not less than 14 or more than 40 days after issuance of the summons (see Rule 181(b)) and shall be in the form provided for in Rule 101(b) in actions for money not in excess of $50,000.

**Rule 101 (b) Summons Requiring Appearance on Specified Day**
(1) In an action for money not in excess of $50,000, exclusive of interest and costs, or in any action subject to mandatory arbitration where local rule prescribes a specific date for appearance, the summons shall require each defendant to appear on a day specified in the summons not less than 21 or more than 40 days after the issuance of the summons (see Rule 181(b)), and shall be prepared by utilizing, or substantially adopting the appearance and content of, the form provided in the Article II Forms Appendix.

(2) In any action for forcible detainer or for recovery of possession of tangible personal property, the summons shall be in the same form, but shall require each defendant to appear on a day specified in the summons not less than 7 or more than 40 days after the issuance of summons.

(3) If service is to be made under section 2-208 of the Code of Civil Procedure the return day shall be not less than 40 days or more than 60 days after the issuance of summons, and no default shall be taken until the expiration of 30 days after service.

**2-208 – Service to parties outside Illinois**
(735 ILCS 5/2-208) (from Ch. 110, par. 2-208)
Sec. 2-208. Personal service outside State. (a) Personal service of summons may be made upon any party outside the State. If upon a citizen or resident of this State or upon a person who has submitted to the jurisdiction of the courts of this State, it shall have the force and effect of personal service of summons within this State; otherwise it shall have the force and effect of service by publication.
(b) The service of summons shall be made in like manner as service within this State, by any person over 18 years of age not a party to the action. No order of court is required. An affidavit of the server shall be filed stating the time, manner and place of service. The court may consider the affidavit, or any other competent proofs, in determining whether service has been properly made.
(c) No default shall be entered until the expiration of at least 30 days after service. A default judgment entered on such service may be set aside only on a showing which would be timely and sufficient to set aside a default judgment entered on personal service within this State.
(Source: P.A. 82-280.)

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

# Exhibit F

# To Notice of Removal

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
20L76
Filed Date: 3/10/2020 3:39 PM
Envelope: 8810349
Clerk: JC

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| JASON M. ROGERS and KRISTEN ROGERS, | |
| Plaintiffs, | |
| v. | Case No. 20 L 76 |
| STEVEN M. HORNSEY, Individually and as an Agent and/or Employee of C.J. ENTERPRISES DRIVEAWAY, INC.; C.J. ENTERPRISES DRIVEAWAY, INC.; U-HAUL COMPANY OF ARIZONA, a subsidiary of U-HAUL INTERNATIONAL, INC.; and U-HAUL INTERNATIONAL, INC., | |
| Defendants. | |

### APPEARANCE & JURY DEMAND

The undersigned hereby enters the appearance of Defendant, STEVEN M. HORNSEY.

Defendant STEVEN M. HORNSEY hereby demands trial by a jury of twelve (12) persons.

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Robert Campobasso
Attorneys for Defendant
STEVEN M. HORNSEY

Kathleen McDonough – ARDC 6229813
Robert Campobasso – ARDC 6296026
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
P: 312-704-0550 | F: 312-704-1522
kathleen.mcdonough@wilsonelser.com
robert.campobasso@wilsonelser.com

2820086v.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on the following attorney of record via e-mail on March 10, 2020:

Thomas M. Power
Power Rogers & Smith, LLP
70 W. Madison Street, Suite 5500
Chicago, IL 60602
tpower@prslaw.com

/s/ Robert Campobasso

2820086v.1